IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JO ANNA CANZONERI,                    )<br>                                       )<br>            Plaintiff,                )<br>                                       )<br>     vs.                               )<br>                                       )<br>GEORGE W. BUSH, USA,                   )<br>United States Housing and              )<br>Urban Development (HUD),               )<br>ARC of Hawaii Housing                  )<br>Project Number Nine(9),                )<br>National Housing Trust,                )<br>Sonny Ho, Sandra Woo,                  )<br>Eugene Khavinson,                      )<br>Khavinson and Associates,              )<br>Michael R. Bloomberg, New              )<br>York City Mayor Office,                )<br>New York City Housing                  )<br>Authority (NYCHA), Eliot               )<br>L. Spitzer, State of New               )<br>York, George E. Pataki,                )<br>Sidney Dexter, Alphonso                )<br>Jackson, John Does 1-                  )<br>1000, John Does Companys               )<br>1-1000, Jane Does 1-1000,              )<br>Jane Does Companys 1-                  )<br>1000,                                  )<br>                                       )<br>            Defendants.               )<br>_____ | CIVIL 08-00245 HG-LEK |

ORDER ADOPTING MAGISTRATE'S FINDING AND RECOMMENDATION

A Finding and Recommendation having been filed and served on all parties on September 3, 2008 and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Finding and Recommendation that Case be Dismissed without Prejudice," Document Number 16, is adopted as the opinion and order of this Court.

IT IS SO ORDERED.

Dated: September 22, 2008, Honolulu, Hawaii.



　　　　　　　　　　　　　　　　 /s/ Helen Gillmor

　　　　　　　　　　　　　　　　Chief United States District Judge